# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Saul ARVIZU-Montijo**<br>DOB: 1988; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-06233MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 8, 2023, in the District of Arizona, **Saul ARVIZU-Montijo** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: three (3) AK-47 Pioneer Arms Corp-Sport Rifles, six (6) 7.62x39mm magazines, and 6000 rounds of 7.62x39mm BSP-FMJ Ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; and Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 8, 2023, **Saul ARVIZU-Montijo** attempted to exit the United States into the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. At the time, **ARVIZU-Montijo**, was the driver and sole occupant of a grey Ford F-150. Initially, **ARVIZU-Montijo** stated he was going to Mexico to visit family, but after a computer-generated alert, United States Customs and Border Protection Officers (CBPOs) sent **ARVIZU-Montijo** to secondary inspection. During a search of the truck, CBPOs located a speaker box underneath the rear passenger seat. Inside the speaker box, CBPOs located three (3) AK-47 Pioneer Arms Corp-Sport Rifles, six (6) 7.62x39mm magazines, and 6000 rounds of 7.62x39mm BSP-FMJ Ammunition.

During a post-*Miranda* interview, **ARVIZU-Montijo** admitted to knowing there were weapons, ammunition, and magazines inside the speaker box. **ARVIZU-Montijo** also admitted he placed the weapons, ammunition, and magazines into the speaker box. When asked why he attempted to smuggle weapons, **ARVIZU-Montijo** stated, "I need the money to help my mother that is very ill in Mexico and in need of medicine."

The firearms, ammunition, and magazines found in **ARVIZU-Montijo's** possession qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **ARVIZU-Montijo** did not have a license or any other lawful authority to export these items from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Nathaniel J. Walters*<br>**Sworn by telephone  x** | SIGNATURE OF COMPLAINANT<br>**BRET L EARLS**  Digitally signed by BRET L EARLS<br>Date: 2023.10.10 10:22:53 -07'00'<br>OFFICIAL TITLE<br>HSI TFO Bret L. Earls |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*[signature]* | DATE<br>October 10, 2023 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54