GARY M. RESTAINO
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant United States Attorney
State Bar No. 025496
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED

2023 NOV -8  AM 11: 45

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01721 TUC-RCC(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
| | |
| Plaintiff, | **I N D I C T M E N T** |
| | |
| vs. | VIO:  18 U.S.C. § 554(a) |
| | (Smuggling Goods from |
| Saul Arvizu-Montijo, | the United States) |
| | Count One |
| Defendant. | |
| | 18 U.S.C. §933(c) |
| | (Attempted Trafficking in Firearms) |
| | Count Two |
| | |
| | 18 U.S.C. §§ 934, 924(d); 28 U.S.C. |
| | § 2461(c); 50 U.S.C. § 4819(d)(1) |
| | (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about October 8, 2023, in the District of Arizona, Defendant SAUL ARVIZU-MONTIJO, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: three (3) AK-47 Pioneer Arms Corp-Sport rifles, Serial Numbers: PAC23PL11884, PAC23PL11845, and PAC23PL12859; six (6) 7.62x39mm magazines, and 6000 rounds of 7.62x39mm BSP-

FMJ ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT TWO

On or about October 8, 2023, in the District of Arizona, Defendant SAUL ARVIZU-MONTIJO, did attempt to ship, transport, cause to be transported, and otherwise dispose of a firearm, to wit: three (3) AK-47's, in or otherwise affecting interstate or foreign commerce, to another person, whom Defendant SAUL ARVIZU-MONTIJO, knew or had reasonable cause to believe that the other person's use, carrying, or possession of the firearm would constitute a felony, to wit: A.R.S. § 13-3102(a)(4), Felon in Possession of Firearm.

In violation of Title 18, United States Code, Section 933.

## FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, Defendant SAUL ARVIZU-MONTIJO shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and, any property constituting an item that is exported or intended to be exported, pursuant to Title 50, United States Code, Section 4819(d)(1)(C), including, but not limited to three (3) AK-47 Pioneer Arms Corp-Sport rifles, Serial Numbers: PAC23PL11884, PAC23PL11845, and PAC23PL12859; six (6) 7.62x39mm magazines, and 6000 rounds of 7.62x39mm BSP-FMJ ammunition.

Upon conviction of Count Two of the Indictment, Defendant SAUL ARVIZU-MONTIJO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 934, (1) and property constituting, or derived from, any proceeds the person

obtained, directly or indirectly, as the result of such violation; and (2) any of the Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including but not limited to three (3) AK-47 Pioneer Arms Corp-Sport rifles, Serial Numbers: PAC23PL11884, PAC23PL11845, and PAC23PL12859.

If any of the property described above, as a result of any act or omission of the Defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said Defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the Defendant.

All pursuant to Title 18, United States Code, Sections 934, 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(C), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: November 8, 2023

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
JULIE A. SOTTOSANTI
Assistant United States Attorney

*United States of America v. Arvizu-Montijo*
*Indictment Page 3 of 3*