TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant U.S. Attorney
AZ Bar. No. 025496
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>    Plaintiff,<br><br> vs.<br><br>Saul Arvizu-Montijo,<br><br>    Defendant. | 23-CR-01721-RCC-1<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum in the above-captioned matter. The sentencing hearing is scheduled for May 27, 2025, before the Honorable U.S. District Court Judge Raner C. Collins. The United States agrees with the calculations and recommendation contained in the Presentence Report ("PSR", Doc. 55.)

The presentence report ("PSR") accurately calculates the defendant's total offense level at 23.  (PSR ¶30.)  The defendant falls into criminal history category I, and his resulting guideline range is 46-57 months incarceration. (PSR p.14).  The PSR recommends this Court grant a variance and sentence the defendant to 37 months of incarceration as to each count, to run concurrent.  (*Id*.)  The PSR further recommends a 3-year period of supervised release to follow his release.  (*Id*.)

The recommended sentence is appropriate in this case.  When imposing a sentence,

a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a)(1). The sentenced imposed shall reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence to future criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2). The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6).

The defendant stands convicted of a serious and dangerous offense. He was trafficking a substantial amount of firearms and ammunition out of this country. The danger this behavior poses to both the United States and the Republic of Mexico cannot be overstated. It is common sense these weapons would have ended up in the hands of cartel members, and the very real, very likely outcome would be harm and/or death to others. He chose to ignore that potential harm to others in favor of easy money.

In the defendant's favor is the fact he has no criminal history. He does not even have any prior arrests. This is the only reason the government does not object to the variance recommended by probation. However, his behavior warrants a significant term of imprisonment notwithstanding his lack of criminal history, and the 37 month recommendation is an appropriate outcome when balancing the seriousness of the offense with his otherwise clean background.

Based on the specifics of this crime and the defendant's history and characteristics, a sentence of 37 months imprisonment is appropriate. The recommended sentence reflects the seriousness of the offense, promotes respect for the law, and provides just punishment. Additionally, a term of 3 years supervised release is necessary to further deter the defendant from committing future crimes.

For the foregoing reasons, the government respectfully requests this Court impose a sentence of 37 months incarceration on each count, to run concurrent.

///

///

- 2 -

Respectfully submitted this 21st day of May, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Julie A. Sottosanti*
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
Other means this 21st day of May, 2025, to:

All ECF Participants

- 3 -